AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

**AMERICAN PATENTS LLC,**
*Plaintiff*

V.                                          Civil Action No. **6:21–CV–01333–ADA**

**LEGRAND SA, ET AL.,**
*Defendant*

### SUMMONS IN A CIVIL ACTION

TO:  **Shanghai Legrand Electrical Co. Ltd.**
   **SERVE: Texas Secretary of Stat**
   **James E. Rudder Building**
   **1019 Brazos Street, Room 105**
   **Austin, Texas 78701**

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) –– or 60 days if you are the United States or a United States Agency, or an office or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) –– you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

                  Zachariah Harrington
                  Antonelli, Harrington & Thompson LLP
                  4306 Yoakum Blvd., Suite 450
                  Houston, TX 77006

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

 **JEANNETTE J. CLACK**
CLERK OF COURT

 **s/CINDY VEGA**
DEPUTY CLERK

                              **ISSUED ON 2022–01–18 14:14:18**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:21–CV–01333–ADA

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Shanghai Legrand Electrical Co. Ltd. SERVE: Texas Secretary of State was received by me on *(date)* Jan 18, 2022, 5:26 pm.

☐    I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒    I served the summons on *(name of individual)* Web Jerome , who is designated by law to accept service of process on behalf of *(name of organization)* Shanghai Legrand Electrical Co. Ltd. SERVE: Texas Secretary of State on *(date)* Thu, Jan 20 2022 ; or

☐    I returned the summons unexecuted because: _____ ; or

☐    Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 1/21/2022

_____

*Server's signature*

Chris Dathe

_____

*Printed name and title*

1108 Lavaca St Ste 110-440, Austin, TX 78701

_____

*Server's address*

Additional information regarding attempted service, etc.:

1) Successful Attempt: Jan 20, 2022, 1:19 pm CST at James E. Rudder Building: 1019 Brazos St Room 105, Austin, TX 78701 received by Web Jerome. Age: 40; Ethnicity: African American; Gender: Male; Weight: 110 lbs.; Height: 5'2"; Hair: Black; Relationship: Designated Agent;

DOCUMENT SERVED: SUMMONS IN A CIVIL ACTION; ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT