IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| AMERICAN PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> LEGRAND SA D/B/A LEGRAND, SHANGHAI LEGRAND ELECTRICAL CO., LTD., AND LEGRAND NORTH AMERICA, LLC, <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1333-ADA <br><br> **JURY TRIAL DEMANDED** |

**NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINE**

Plaintiff American Patents LLC ("American") provides notice to the Court that the parties have agreed to an extension for Defendants Legrand SA d/b/a Legrand, Shanghai Legrand Electrical Co., Ltd., and Legrand North America, LLC (collectively, "the Legrand Defendants") to respond to the Complaint, until Wednesday, April 20, 2022.  Defendants Legrand SA d/b/a Legrand and Shanghai Legrand Electrical Co., Ltd. have agreed, pursuant to Rule 4(d) of the Federal Rules of Civil Procedure, to waive any objections to the absence of summons or to service (including objections based on failure to execute service under the Hague Convention) in exchange for an extension of time for all of the Legrand Defendants to answer or otherwise plead by Wednesday, April 20, 2022.  Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: February 4, 2022          Respectfully submitted,

/s/ *Zachariah S. Harrington*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com

ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000

*Attorneys for American Patents LLC*