## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

AMERICAN PATENTS LLC,

vs.                                                    Case No.:  6:21-cv-1333

LEGRAND SA D/B/A LEGRAND, ET AL.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Jeanifer Parsigian</u>, applicant herein, and

moves this Court to grant admission to the United States District Court for the Western  District of

Texas pro hac vice to represent <u>Legrand SA d/b/a Legrand, Shanghai Legrand</u> in this case, and
<u>Electrical Co. Ltd., and Legrand North America, LLC</u>
would respectfully show the Court as follows:

1.  Applicant is an attorney and a member of the law firm (or practices under the name of)

<u>Winston & Strawn LLP</u> with offices at:

Mailing address: <u>101 California Street</u>

City, State, Zip Code: <u>San Francisco, CA  94111</u>

Telephone: <u>(415) 591-1000</u>          Facsimile: <u>(415) 591-1400</u>

2.  Since <u>February 22, 2013</u>, Applicant has been and presently is a

member of and in good standing with the Bar of the State of <u>California</u>.

Applicant's bar license number is <u>289001</u>.

3.  Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| USCA 9th Circuit | 02/18/2020 |
| USDC Northern District of California | 07/28/2014 |
| USDC Central District of California | 03/05/2019 |

4.    Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

N/A

5.    I ☐ have ☐ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

Number: _____ on the _____ day of _____, _____.

6.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

N/A

7.    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

8.    Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9.  Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel:  Ahtoosa Dale, Winston & Strawn LLP

Mailing address:  2121 Pearl Street, Suite 900

City, State, Zip Code:  Dallas, TX  75201

Telephone:  (241) 453-6500

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to:  Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Jeanifer Parsigian to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Jeanifer Parsigian
[printed name of Applicant]

*Jeanifer Parsigian*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each  attorney of record and the original upon the Clerk of Court on this the 20 day of April, 2022.

Jeanifer Parsigian
[printed name of Applicant]

*Jeanifer Parsigian*

[signature of Applicant]